109 Tresser Boulevard Apt. 8F  
                                                                  Stamford, CT 06901  
                                                                  December 3, 2003

United States District Court  
District of Connecticut

MABEL CHISHOLM

                                                                  CASE NO. 3:03 CV442 (SRU)

    v.

MEDICARE, et al.

                  This is in response to notice to counsel

The court has reviewed my case and decided to dismiss my case for not complying with

Rule 41(b) of the Federal Rules of Civil Procedure.

I do agree that the 120 days after the filing of the complaint, have passed and an executed

return of service has not been filed in this case.

The reason for all the confusion is simply a lack of counsel to represent me

I have gone to over twenty Attorneys in the State of Connecticut, and New York trying to

get help, but someone is always blocking me from getting one because of the atrocity of

the crime that was committed against me, and these are federal crimes.

There are still other reasons for the delays that can be verified as facts:

    1.) I did have an attorney who took my papers and held them for over two months

        and returned them back in the middle of my trial.

    2.) The court itself caused the first delay in the processing of the papers.

    3.) The State of Connecticut violated Federal Laws by not adequately protecting

        The Elderly and The Disabled.  This is a criminal offense.  They violated my

        Constitutional Rights, my Civil Rights, and my Human Rights to exist as a

        Human Being; and I can't get an attorney to handle any of these charges.  This

seems unusual in any country so I hereby ask the court to appoint counsel to handle this case and get someone who won't be prejudice, but will handle all matters in a decent and satisfactory manner.

4.) Plaintiffs also would like to ask that the newly appointed Attorney be given extra time to pick up from here and proceed to serve the summons to each Defendant as in compliance with Rule 4 (m) of The Federal Rules of Civil Procedure.

Dated today in Stamford, Connecticut This 3rd day of December 2003. This notice was received November 25th.

Respectfully submitted by: *[signature]*

MABEL CHISHOLM, Plaintiffs

Clerk U.S. District Court
U.S. Courthouse
915 LaFayette Boulevard
Bridgeport, CT 06604

CASE NO: 3:03CV442 (SRU)

*We got answered. SRU* (handwritten note)