UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 JAN -9  P 4: 26

US DISTRICT COURT
BRIDGEPORT CT

MABEL CHISHOLM

v.     : CASE NO. 3:03 CV442 (SRU)

MEDICARE, et al.

## RULING AND ORDER

The motion for appointment of counsel **(doc. #9)** is **denied**, without prejudice. The deadline for serving each defendant with the summons and complaint is extended <u>for the final time</u> to **March 1, 2004.** Enclosed are copies of Form USM-285 service forms previously provided to plaintiff. The forms will be used to serve the defendants. Plaintiff is cautioned that the U.S. Marshal cannot effect service unless she provides defendants' complete addresses, including street numbers.

Within **thirty** days of the date of this order, plaintiff shall complete and return to the court for each defendant: the service form, a completed summons form and a copy of the complaint. Plaintiff is cautioned that failure to return the forms and copies in a timely manner to the Clerk at 915 Lafayette Boulevard, Bridgeport, CT 06604, will result in the dismissal of this case without prejudice and without further notice from this court.

Upon receipt of the forms and copies, the Clerk is directed to forward the appropriate papers to the U.S. Marshal. The U.S. Marshal is directed to serve the complaint on the defendants.

**SO ORDERED.**

Dated at Bridgeport, Connecticut, this 9th day of January, 2004.

Stefan R. Underhill
United States District Judge