UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 MAR 18 P 3: 21
U.S. DISTRICT COURT
BRIDGEPORT, CONN

MABEL CHISHOLM

v.                                                             3:03CV442 (SRU)

MEDICARE, DEPT. OF SOCIAL SERVICES,
UNITED OF OMAHA LIFE INS. CO.,
NORTHWESTERN MUTUAL LIFE INSURANCE
CO., ST. JOHN URBAN DEV. CORP., PHOENIX
MGMT. CORP. and SBC/SNET

## JUDGMENT

On January 9, 2004, the Court sent a Notice and Order to the plaintiff that the above-named case would be dismissed if the "Form USM-285" service forms for the above named defendants were not completed and returned within thirty days. The plaintiff has not complied with the notice of January 9, 2004, and no request for an extension of time has been filed.

It is therefore ORDERED and ADJUDGED that the complaint is dismissed without prejudice. The clerk is instructed to close the file.

Dated at Bridgeport, Connecticut, this ____ day of March, 2004.

KEVIN F. ROWE, Clerk

BY _____
Deputy Clerk

Entered on Docket _____